UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTAN ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 10-82-B-W |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 17, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED in its entirety.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2010